## Estes *et al.* v. Jones.

Head, Justice. 1. Allegations that an act of the General Assembly is "inconsistent" with quoted provisions of the Constitution, that a stated Code section is "inconsistent" with stated constitutional provisions, and that such Code section "is a nullity," present no question for judicial determination, since they fail to point out wherein the act or the Code section is inconsistent with the constitutional provisions, or

750

wherein the Code section is invalid. *Curtis* v. *Helen,* 171 *Ga.* 256, 257 (155 S. E. 202); *Jordan* v. *State,* 172 *Ga.* 857 (159 S. E. 235); *Williams* v. *McIntosh County,* 179 *Ga.* 741 (177 S. E. 248); *Rose Theatre* v. *Lilly,* 185 *Ga.* 53 (193 S. E. 866); *Williams* v. *State,* 187 *Ga.* 415 (1 S. E. 2d, 27); *Scott* v. *State,* 187 *Ga.* 702, 703 (4) (2 S. E. 2d, 65).

2. The answer of the respondent in this case raised no question for judicial determination, and it was error to overrule the demurrers to such answer.

*Judgment reversed. All the Justices concur, except Wyatt, J., who took no part in the consideration or decision of this case.*

No. 15968.   OCTOBER 16, 1947.

*Carl T. Hudgins,* for plaintiffs.
*Weekes & Candler* and *Julius A. McCurdy Jr.,* for defendants.